Rose F. Gilbert, Appellee, v. Joseph Rosenberg and Harry Zisook, Appellants.

Gen. Nos. 41,717, 41,718.

opinion filed March 3, 1942. Rosenberg, Stein & Rosenberg, for appellants; Aaron L. Stein and Merwin S. Rosenberg, of counsel; David Brandwein, for appellee; Herbert H. Scheier, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."